FILED'10 MAR 12 13:06USDC-ORP

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

STEVE P. GORDON,

     Plaintiff,

   v.                      JUDGMENT

UNITED RENTALS INC.,        Civil No. 09-1344-HU

     Defendant.

_____

HAGGERTY, District Judge:

    Based upon the record, and the Order filed March 12, 2010,

IT IS HEREBY ORDERED AND ADJUDGED that the Findings and Recommendation [9] is

adopted and defendant's Motion to Dismiss [3] is GRANTED. This case is dismissed without

prejudice.

    DATED this 12 day of March, 2010.

                                 Ancer L. Haggerty
                                 United States District Judge

1  - JUDGMENT